```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 12-03602-JJT
Pamela J. Soule                                                 Chapter 13
          Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: MMchugh            Page 1 of 1           Date Rcvd: Sep 14, 2017
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db              +Pamela J. Soule,    3181 Shellers Bend #17,    State College, PA 16801-2795

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                          Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor Pamela J. Soule dhahn@nittanylaw.com
              Leon P Haller    on behalf of Creditor   Farmers State Bank lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Pamela J. Soule  
3181 Shellers Bend #17  
State College, PA 16801

Chapter 13  
Case No. 4:12−bk−03602−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1340

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 14, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk